STATE OF CONNECTICUT *v.* CHRISTOPHER
RODRIGUEZ
(AC 25593)

Lavery, C. J., and Bishop and McLachlan, Js.

Argued September 15—officially released November 1, 2005

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* GARRY KLINGER
(AC 25678)

Lavery, C. J., and Schaller and McLachlan, Js.

Argued October 11—officially released November 1, 2005

Per Curiam. The judgment is affirmed.

CHRISTOPHER KENNEDY *v.* LEANNA KENNEDY
LEANNA PUTMAN *v.* CHRISTOPHER KENNEDY
(AC 25802)

Schaller, Gruendel and Mihalakos, Js.

Argued September 26—officially released November 1, 2005

Per Curiam. The judgments are affirmed.